# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00463-CV

### In re MamaFu's Lakeline, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's emergency motion to stay is also denied.

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Filed: August 5, 2022